DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JARELL ALEXZANDER GARY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1852

[November 6, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562022CF002698A.

Antony P. Ryan, Director, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, Paul O'Neil, Assistant Regional Counsel, West Palm Beach, and Eric Nicolaas van Vonno, Assistant Regional Counsel, Fort Pierce, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely-filed motion for rehearing.***